IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GRACE ROLAND,<br><br>    Defendant. | 8:13CR457<br><br>ORDER |

This matter comes before the Court upon the United States' Motion for Dismissal of the Indictment. (Filing No. 1). The Indictment is dismissed.

DATED this 5th day of August, 2015.

             BY THE COURT:

             s/ Joseph F. Bataillon
             Senior United States District Judge